UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *Nos. 12-970 and 13-6674* | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Considering "BP's Dismissal of Party Pursuant to Rule 41(a); Notice of Withdrawal of Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program and Motion for Relief Pursuant to Rule 60(b)(3)" (Rec. Doc. 16483),

IT IS ORDERED that the Clerk of Court shall note in the record(s)

(1) that all claims in civil action no. 13-6674 asserted by BP Exploration & Production Inc. and BP America Production Company (collectively "BP") against Bon Secour Fisheries, Inc., Fort Morgan Realty, Inc, LFBP #1, LLC d/b/a GW Fins, Panama City Beach Dolphin Tours & More, LLC, Zeke's Charter Fleet, LLC, William Sellers, Kathleen Irwin, Ronald Lundy, Corliss Gallo, Lake Eugenie Land & Development, Inc, Henry Hutto, Brad Friloux, Jerry J. Kee, John Tesvich, and Michael Guidry, on behalf of themselves and all others similarly situated, are voluntarily DISMISSED with prejudice. BP's claims against Mikal C. Watts and Watts Guerra LLP are preserved;

(2) BP's Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program (Rec. Doc. 2 in No. 13-6674), previously denied by this Court (Rec. Doc. 12426 in No. 10-md-2179), is, furthermore, WITHDRAWN by BP; and

1

(3) BP's Motion for Relief Pursuant to Rule 60(b)(3) (Rec. Doc. 11994 in No. 10-md-2179), previously deferred by the Court (Rec. Doc. 12426 in 10-md-2179), is WITHDRAWN by BP.

Signed in New Orleans, Louisiana, this 2nd day of May, 2016.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-6674.**